In the Matter of the Probate of the Last Will and Testament of EMILY CORCORAN, Deceased. CATHERINE O'MALLEY and FRED GOLD, Named as Executors, etc., of EMILY CORCORAN, Deceased, Appellant; PATRICK COLEMAN, Contestant, Respondent; BRIDGET CASSIDY and Others, Respondents.— Decree of Queens County Surrogate's Court denying probate to a paper propounded as the will of Emily Corcoran, deceased, and orders (1) denying motion for an allow-

ance to the attorney and the counsel for appellants; and (2) denying appellants' motion for an allowance for costs and disbursements for stenographic minutes and printing the case on appeal, unanimously affirmed, with one bill of costs to the respondents, payable out of the estate. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Close, JJ.